Opinion issued April 17, 2008









In The

Court of Appeals

For The

First District of Texas






NO. 01-06-00363-CV






OCWEN LOAN SERVICING, LLC, AND DEUTSCHE BANK NATIONAL
TRUST COMPANY, f/k/a BANKERS TRUST COMPANY OF
CALIFORNIA, N.A., AS TRUSTEE FOR AAMES MORTGAGE TRUST
2002-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-1,
Appellants


V.


SEALY DAVIS, Appellee






On Appeal from the 212th District Court

Galveston County, Texas

Trial Court Cause No. 2004CV1469






MEMORANDUM OPINION


 The Court today considered the parties' Agreed Motion to Dismiss the Appeal
and Remand to the Trial Court, in which they state that they have agreed to settle all
disputes and request this Court to remand the case to the trial court for entry of an
agreed final judgment. The motion is granted as follows:


 (1) The trial court's final Order of Dismissal of October 31,2005, is
set aside without regard to the merits.


 (2) The case is remanded to the trial court for rendition of judgment
in accordance with the parties' agreement.


 (3) The surety on the bond previously filed by appellants is hereby
released.


 (4) All other pending motions are overruled as moot.


PER CURIAM


Panel consists of Chief Justice Radack and Justices Alcala and Bland.